UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCALES; GLOBAL MEDIA NETWORK,

                    Plaintiffs,

      -against-

I HEART RADIO,

                    Defendant.

25-cv-7453 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the November 10, 2025, order, the complaint is dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 12, 2025
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                          Chief United States District Judge